THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v JOHN GONZALES, Respondent.

Decided February 20, 2014

Appeal dismissed, by the Court of Appeals, sua sponte, upon the ground that the reversal by the Appellate Division was not on the law alone or upon the law and such facts which, but for the determination of law, would not have led to reversal (CPL 450.90 [2] [a]).